UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :
          - v. -                      :    15 Cr. 73 (RMB)
                                      :
EVGENY BURYAKOV,                      :
  a/k/a "Zhenya,"                     :
IGOR SPORYSHEV, and                   :
VICTOR PODOBNYY,                      :
                                      :
          Defendants.                 :
- - - - - - - - - - - - - - - - - - - x

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby provides written notice to EVGENY BURYAKOV, a/k/a "Zhenya," the defendant, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in connection with the above-captioned matter, information obtained and derived from surveillance and searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:    April 16, 2015
          New York, New York

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                         By:  /s/ Adam Fee
                              Adam Fee
                              P. Ian McGinley
                              Anna M. Skotko
                              Assistant U.S. Attorneys